| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Boisson Inc.** |
| --- | --- | --- |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)          **85-3170170**

**4. Debtor's address**

**Principal place of business**

**1421 East 15th Street**
**Los Angeles, CA 90021**
Number, Street, City, State & ZIP Code

**Los Angeles**
County

**Mailing address, if different from principal place of business**

**177 Court Street**
**Brooklyn, NY 11201**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)          **https://boisson.co/**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Boisson Inc.**                                                        Case number (*if known*) _____
      Name

**7. Describe debtor's business**

  A. *Check one:*

  ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

  ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

  ☐ Railroad (as defined in 11 U.S.C. § 101(44))

  ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

  ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

  ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

  ■ None of the above

  B. *Check all that apply*

  ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

  ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

  ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

  C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
     http://www.uscourts.gov/four-digit-national-association-naics-codes.

    ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

| Debtor | **Boisson Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____

District _____  When _____  Case number, if known _____

**11.  Why is the case filed in *this district*?**  *Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.  Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.  Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor    **Boisson Inc.**
_____
Name

Case number (*if known*) _____

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor    **Boisson Inc.**                                          Case number (*if known*)
_____
Name

 **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April  4, 2024**
                MM / DD / YYYY

X _____                    **Sheetal Aiyer**
Signature of authorized representative of debtor    Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**    X _____    Date  **April  4, 2024**
Signature of attorney for debtor                        MM / DD / YYYY

**Ron Bender 143364**
Printed name

**Levene, Neale, Bender, Yoo & Golubchik L.L.P**
Firm name

**2818 La Cienega Avenue**
**Los Angeles, CA 90034**
Number, Street, City, State & ZIP Code

Contact phone  **(310) 229-1234**    Email address  **rb@lnbyg.com**

**143364 CA**
Bar number and State

Fill in this information to identify the case:

Debtor name     **Boisson Inc.**

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES
DIVISION

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

        **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐     *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐     *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐     *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐     *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐     *Schedule H: Codebtors* (Official Form 206H)
☐     *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐     Amended *Schedule*
■     *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐     Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **April 4, 2024**            X  _____

Signature of individual signing on behalf of debtor

**Sheetal Aiyer**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Boisson Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| French Bloom SAS 80, rue de Miromesnil Paris France 75008 | | Goods | | | | $363,187.20 |
| PayPal Working Capital 2211 North First Street San Jose, CA 95131 | | Merchant Cash Advance | | | | $233,138.88 |
| American Express 200 Vesey Street New York, NY 10285 | | Credit Card | | | | $231,162.20 |
| RO Sales and Distribution Services (Pacific Highway Wines & Spirits) 7820 Thorndike Road Greensboro, NC 27409 | john@pacific-hwy.com (336) 279-7130 | Goods | | | | $130,365.00 |
| Orrick, Herrington & Sutcliffe LLP 2121 Main Street Wheeling, WV 26003 | | Professional Services | | | | $109,364.94 |
| Constellation Real Estate Corp 27 Smith Street Brooklyn, NY 11201 | | Landlord | | | | $101,091.16 |
| Kolonne Null GmbH Crellestrabe 12 Berlin Germany 10827 | | Goods | | | | $98,121.00 |

| Debtor | **Boisson Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ramp.com 28 West 23rd Street, Floor 2 New York, NY 10010 | | Credit Card | | | | $96,529.36 |
| Synergy General Contracting LLC 14395 SW 139th Court Suite 101 Miami, FL 33186 | | Construction | | | | $95,871.37 |
| Giffard 3200 1st Avenue S A200 Seattle, WA 98134 | | Goods | | | | $94,158.96 |
| The Pathfinder 2420 4th Avenue PO Box 24990 Seatte, WA 09814 | | Goods | | | | $90,113.94 |
| Schatzi Wines, LLC 822 Salisbury Turnpike Milan, NY 12571 | | Goods | | | | $73,160.92 |
| Pttow Llc 3921 Alton Road, Suite 349 Miami Beach, FL 33140 | | Services | | | | $73,062.50 |
| VOS Selections 555 8th Avenue Suite 1209 New York, NY 10018 | erict@vosselection .com (212) 967-6948 | Goods | | | | $69,861.84 |
| The Zero Proof LLC (Sean Goldsmith) 820 Highland Terrace Northeast Atlanta, GA 30306 | orders@thezeropro of.com | Goods | | | | $68,420.64 |
| La Metro 3 Lp 1005 S. Central Ave Los Angeles, CA 90021 | | Landlord | | | | $66,339.00 |
| Three Spirit Drinks Ltd 121 Varick Street 3rd Floor New York, NY 10013 | account-us@threes piritdrinks.com 888-295-2758 | Goods | | | | $60,768.00 |
| Golden Gate Selections 2 Mallard Rd Belvedere, CA 94920 | | Goods | | | | $56,862.84 |

Debtor    **Boisson Inc.**                                    Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Red Krypton Inc.** **101 Crawfords Corner Road** **Holmdel, NJ 07733** | **dan@redkrypton.com** | **Professional Services** | | | | **$56,287.00** |
| **Almave** **12 E 49th St** **Ste 10-25** **New York, NY 10017** | | **Goods** | | | | **$50,799.24** |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Ron Bender 143364**<br>**2818 La Cienega Avenue**<br>**Los Angeles, CA 90034**<br>**(310) 229-1234 Fax: (310) 229-1244**<br>California State Bar Number: **143364 CA**<br>**rb@lnbyg.com** | |
| ☐   *Debtor(s) appearing without an attorney*<br>■   *Attorney for Debtor* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>        **Boisson Inc.** | CASE NO.:<br>CHAPTER: **11** |
|---|---|
| <br><br><br>Debtor(s). | **VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __24__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **April 4, 2024** _____

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **April 4, 2024** _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Boisson Inc.
177 Court Street
Brooklyn, NY 11201


Ron Bender
Levene, Neale, Bender, Yoo & Golubchik L.L.P
2818 La Cienega Avenue
Los Angeles, CA 90034


11770 SVB, LLC
CLIFFORD GOLDSTEIN, MANAGER
11777 SAN VINCENTE BLVD., SUITE 550
LOS ANGELES, CA 90049


11770 SVB, LLC
C/O Cal Select Properties
P.O. Box 241668
Los Angeles, CA 90024


1Huddle From
1 Washington Park, 7th Floor
Newark, NJ 07102


Acid League Inc
28 Hamilton Regional Road 8
Canada
Dundas, ON L9H 4V2


Airgoods
154 W 14th St
Floor 2
New York, NY 11011


All The Bitter
7 Cloud Court
Chico, CA 95928

Almave
12 E 49th St
Ste 10-25
New York, NY 10017


Alt Distilling
1352 S 1st St
Louisville, KY 40208


Amber Waves
367 Main Street
PO Box 2623
Amagansett, NY 11930


American Express
200 Vesey Street
New York, NY 10285


American Express
P.O. Box 96001
Los Angeles, CA 90096-8000


ANDRZEJ JURCZYKOWSKI
148 Bedford Avenue
Apartment 3L
Brooklyn, NY 11249


Anja Korosec
434 Gore Creek Dr
Unit D2B
Vail, CO 81657


Aplos, Inc.
10914 Strang Line Raod
Lenexa, KS 66215

Ashley Klinger & Co.
51 Clifford Avenue
Village of Pelham, NY 10803


Assured Enviroments
45 Broadway
10th Floor
New York, NY 10006


Athena Products
300 Stillwater Avenue
Stamford, CT 06902


AVEC DRINKS CO
2077 Fifth Ave, 5B
Chicago, NY 10035


Azione Pr Inc.
248 Victoria Street
Suite 3
Costa Mesa, CA 92627


Barnes Beverage Group
1910 Towne Centre Boulevard
250
Annapolis, MD 21401


Barry's Bootcamp Holdings, LLC
2214 Northwest 1st Place
Miami, FL 33127


Betty Buzz AP
381 Park Avenue South
Suite 721
New York, NY 10016

Betty Buzz Llc
381 Park Avenue South
Suite 721
New York, NY 10016


Beyond Alcohol Inc.
121 Varick Street
3rd Floor
New York, NY 10013


BLDG MANAGEMENT CO. INC.
417 5th Avenue
4th floor
New York, NY 10016-2204


Blue Meranti, LLC
351 Lily Bay Road
Greenville, ME 04441


Bringg Inc.
180 N. Lasalle Suite 2950
Chicago, IL 60610


Buzzkill Wines LLC
140 South Pointe Way
Henderson, NV 89074


Caleno
91 Marlborough Road
Lancing Business Park
Lancing, BN15 8SU


Ceder's
Park Street Imp/Pernod Ricard France
1000 Brickell Ave, Suite 915
Miami, FL 33131

Celigo, Inc
3 Lagoon Drive, Suite 130
Redwood City, CA 94065


Cocktail Garnish Co
10 County Center Road
Suite G9
White Plains, NY 10607


Commonwealth Packaging Company
5490 Linglestown Road
Harrisburg, PA 17112


CONNECT VENTURES I, L.P., AS COLLATERAL
AGENT, Louis Citron, Chief Legal Officer
1954 GREENSPRING DRIVE, SUITE 600
TIMONIUM, MD 21093


Constellation Real Estate Corp
27 Smith Street
Brooklyn, NY 11201


Copyland Center Inc
226 E 83rd St
New York, NY 10028


Courtney Ann Balzer
601 West 57th Street
Apt 38D
New York, NY 10019


CSC
Corporation Service Company
P.O. Box 7410023
Chicago, IL 60674-5023

Curious Elixirs
927 South Santa Fe Avenue
Los Angeles, CA 90021


De Lage Landen Financial Services, Inc
PO Box 41602
Philadelphia, PA 19101-1602


De Maison East
160 Broadway
#706
New York, NY 10038


De Soi, Inc.
927 South Fanta Fe Avenue
Los Angeles, CA 90021


Degree, Inc
PO Box 207585
Dallas, TX 75320


Deven Machette
27 Barker Ave
White Plains, NY 10601


DoorDash
303 2nd Street
Suite Tower 800
San Francisco, CA 94107


Dr. Zero Zero
8502 Ft Hamilton Pkwy
4B
Brooklyn, NY 11209

Dram Apothecary
300 CO-291
Salida, CO 81201


Drink Monday
151 Kent Ave
Brooklyn, NY 11249


Drink Proxies Inc.
28 Hwy 8
Dundas, ON L9H 4V2


Drinks Sherpa Ltd
4 Connaught Road
London N4 4NS


Drizly Llc
334 Boyston St
Boston, MA 02116


Elenteny Imports  T Elenteny Holdings LL
PO Box 780578
Philadelphia, PA 19178


Eloise Stephens Ramp


eLow Cost Plumbing
2806 West Blvd 1
Los Angeles, CA 90016

Everleaf
30 West 26th Street
New York, NY 10010


Export-Import Services Inc.
One Bethany Rd.
Building 5 Suite 61
Hazlet, NJ 07730


Faire Insider
100 Potrero Ave
San Francisco, CA 94103


Farnam Street Financial Inc.
5850 Opus Pkwy
Suite 240
Minnetonka, MN 55343


FARNAM STREET FINANCIAL, INC.
Steve Morgan, President
5850 OPUS PARKWAY, SUITE 240
MINNETONKA, MN 55343


Feragaia
PO Box 3601
Ballwin, MO 63022


Fivetran, Inc.
1221 Broadway
24th Floor
Oakland, CA 94612


Flyers Cocktail Co.
216 Grand St
Level 3
Brooklyn, NY 11211

For Bitter For Worse
835 North Simpson St
Portland, OR 97217


Forward Food, Inc. dba Surely
1800 East 4th Street
Unit 101
Austin, TX 78702


Free AF
1968 S Coast Hwy
#1992
Laguna Beach, CA 92654


Free Spirits
3825 South Bronson Avenue
STE 600
Los Angeles, NV 89148


French Bloom SAS
80, rue de Miromesnil
Paris France
 75008


Geiger Group LLC  Figlia
PO Box 2350
Sioux Falls, SD 57101


Giffard
3200 1st Avenue S
A200
Seattle, WA 98134


Globaltranz Enterprise, LLC
PO Box 203285
2975 Regent Blvd.
Dallas, TX 75320

Gold Coast Distributors LTD
79-11 69th Drive
Queens, NY 11379


Golden Gate Selections
2 Mallard Rd
Belvedere, CA 94920


Good  Bar
177 Court Street
Brooklyn, NY 11201


Gordon Logistics
Gordon Logistics
Edison, NJ 08837


GR0.com LLC
12405 Venice Blvd 340
Los Angeles, CA 90066


Greenhouse Software Inc.
18 W. 18Th Street
New York City, NY 10011


Guardian Distributors
6500 East Washington Boulevard
Commerce, CA 90040


Harbor Distributing
5901 Bolsa Ave
Huntington Beach, CA 92647

Hearst Magazines
3540 Toringdon Way
Charlotte, NC 28227


Hella Cocktail  Hella Bitter LLC
333 E. 119th St
#5C
New York, NY 10035


Hiyo, Inc.
431 Marine Street
Apt. 5
Santa Monica, CA 90405


HYG FINANCIAL SERVICES, INC.
MAMTA SHORI, CEO
PO BOX 35701
BILLINGS, MT 59107


illi Commercial Real Estate
5990 Sepulveda Blvd 600
Sherman Oaks, CA 91411


Imagine it clean
9027 Canoga Suite L
Los Angeles, CA 91304


Interaktivo Solutions Inc
470 Ansin Blvd, Suite H
Hallandale, FL 33009


Jeng
470 Strathmore Lane
Suite 306
Lafayette, CO 80026

Joseph Mikos Photography & Video LLC
104 Celest Court
Brooklyn, NY 01129


Joyus
9036 35th Ave. Southwest
Suite B
Seattle, WA 98126


JTL DIGITAL, LLC
7702 S Trask St
Tampa, FL 33616


Jukes US LLC
230 Arabian Road
33480
Palm Beach, FL 33480


Kaleo Legal
4456 Corporation Lane
Suite 135
Virginia Beach, VA 23462


Katherine O'Brien
11805 Mayfield Avenue
Los Angeles, CA 90049


Katie Nessel
1020 Nw Inneswood Drive
Issaquah, WA 98027


Kin Euphorics
65 Broadway
Kingston, NY 12401

Kin Social Tonics, Inc.
510 Broadhollow. Road
Suite 300
Melville, NY 11747


Kolonne Null GmbH
Crellestrabe 12
Berlin Germany 10827


La Metro 3 Lp
1005 S. Central Ave
Los Angeles, CA 90021


Liberty Industrial Gases
600 Smith Street
Brooklyn, NY 11231


Lime Ventures


Little Saints LLC
849 West Monroe Street
Chicago, IL 60607


Logistic Dynamics
1140 Wehrle Drive
Buffalo, NY 14221


Loverboy
102 Fulton Street
#5E
New York, NY 10038

M&M Sanitation Corp
P.O. Box 497
Kearny, NJ 07032


Manhattan Beer Distributors
955 E. 149th Street
The Bronx, NY 10474


Material


Merrick Park LLC
SDS-12-3090
PO BOX 86
MINNEAPOLIS, MN 55486-3090


Miller Family Wine Company
132 East Carrillo Street
Santa Barbara, CA 93101


Mindful Drinking Fest LLC
210 15th Street NE
Washington, DC 20002


Monday


Montauk Printing Inc.
67A Main Street
East Hampton, NY 11937

Mr T Carting
73-10 Edsall Ave
Ridgewood, NY 11385-8220


Mymo Inc.  GHIA
6890 Alta Loma Ter
Los Angeles, CA 90068


NASA Services, Inc.
1100 S. Maple Ave
Montebello, CA 90640


Nasser Almontaser
302 Warren Street
Brooklyn, NY 11201


No & Low Inc.
54353 Lily Drive
Macomb, MI 48042


Non
8549 Wilshire Blvd.
#2103
Beverly Hills, CA 90211


Oak Beverage
44 High Street
West Nyack, NY 10994


Opici Wines & Spirits
25 DeBoer Drive
Glen Rock, NJ 07452

Optimist Drinks LLC
775 Baywood Drive
STE 305
Petaluma, CA 27409


Orrick, Herrington & Sutcliffe LLP
2121 Main Street
Wheeling, WV 26003


OUIBY, INC.
Killion Jackson
PO BOX 21584
Boulder, CO 80308


Packform
25852 McBean Pkwy
714
Valencia, CA 91355


Paperplane Cocktail Club
129 W 75Th St 3F
New York City, NY 10023


Park Street Imports
1000 Brickell Ave
Suite 215
Miami, FL 33131


PayPal Working Capital
2211 North First Street
San Jose, CA 95131


Pentire Dirnks Limited
Pentire Drinks C/O Whistl
Woodview Road
Paignton, TQ4 7NG

```
Pentire Drinks  UK
An Skyber, Trelights
Port Isaac, Cornwall PL29 3TL
United Kindgom


Prodnostic
410 N Fawnwood Ln
Orange, CA 92869


ProjectBI, LLC
23 Gruzenberg Street
Tel Aviv, AL 61000


Proper Parking Company
21700 Oxnard St Ste 2020
Woodland Hills, CA 91367


Pttow Llc
3921 Alton Road, Suite 349
Miami Beach, FL 33140


Ramp.com
28 West 23rd Street, Floor 2
New York, NY 10010


Rasasvada LLC  Rasaspirit
204 North Kenwood Avenue
Baltimore, MD 21224


RCPI Landmark Properties LLC
30 Rockefeller Plaza
New York, NY 10112
```

Rebecca Anderson Ramp
316 Hines Piont Drive
Rolesville, NC 27571


Red Krypton Inc.
101 Crawfords Corner Road
Holmdel, NJ 07733


REMEDY PLACE
8305 Sunset Blvd
West Hollywood, CA 90069


Ritual Beverage Company, LLC
4115 North Ravenswood Avenue
Suite 205
Chicago, IL 60613


RO Sales and Distribution Services
 Pacific Highway Wines & Spirits
7820 Thorndike Road
Greensboro, NC 27409


Roots Divino
Solonos 38
106 72
Athens, Greece


S.K.I. Wholesale Beer Corp
169 Gardner Ave
Brooklyn, NY 11237


Sampson Family Wines, LLC
27595 Starrise Ln
San Juan Capistrano, CA 92675

Sarene Craft Beer Distributors LLC
820 Salisbury Turnpike
Red Hook, NY 12571


Sayso Beverages Inc.
585 Union Ave
Brooklyn, NY 11211


Schatzi Wines, LLC
822 Salisbury Turnpike
Milan, NY 12571


Seacoast Distributing
7670 Trade St #A
San Diego, CA 92121


SFRealEstate Enterprises
6033 Geary Blvd
San Francisco, CA 94121


Shannon Ross
2401 Bayshore Boulevard
Tampa, FL 33629


Sigma Inc.
116 New Montgomery St
San Francisco, CA 94105


Simon Data
483 Broadway
Floor 2
New York, NY 10013

SinZero
7078 NW 46 St
Miami, FL 33166


Skybox Packaging Llc
1275 Pollock Pkwy
Mansfield, OH 44905


Southern Glazer's Wine & Spirits of CA
2400 SW 145th Ave
Suite 200
Miramar, FL 33027


Sovi Wine Co.
1300 1st Street
Suite 368
Napa, CA 94559


Spectrum
PO Box 60074
City of Industry, CA 91716


Spiritless Inc
11801 Domain Blvd
3rd Floor
Austin, TX 78758


St. Agrestis Spirits
233 Eagle Street
Brooklyn, NY 11222


SteadFast Digital LLC
2701 Biscayne Blvd
Unit 5213
Miami, FL 33137

Stephanie Macoul Boisson
165 Attorney Street Apt 3B
New York City, NY 10002


Stone Distributing
505 S Pacific St
San Marcos, CA 92078


Supportlib Dib.Com
6980 Santa Teresa Blvd Suite 201
San Jose, CA 95119


Synergy General Contracting LLC
14395 SW 139th Court
Suite 101
Miami, FL 33186


T&G Industries Inc
Po Box 41602
Philadelphia, PA 19101


Ted Segers
9100 Wilshire Blvd
Suite 1000W
Beverly Hills, CA 90212


Tenneyson
1402 Justin Ln
Austin, TX 78757


The Pathfinder
2420 4th Avenue
PO Box 24990
Seatte, WA 09814

The Zero Proof LLC
 Sean Goldsmith
820 Highland Terrace Northeast
Atlanta, GA 30306


Three Spirit Drinks Ltd
121 Varick Street
3rd Floor
New York, NY 10013


Timonier Family Office Ltd.
121-B Reynolda Village
Winston-Salem, NC 27106


Toast Beverages LLC  Tost
5138 Main Street
Manchester Center, VT 05255


Tom Standing Ramp


Trejo's Spirits
631 N Larchmont Blvd
Unit #2
LOS ANGELES, CA 90004


True Spirit Beverage Company  Parch
3411 Silverside Road
Suite 104
Tatnall Building
Wilmington, DE 19810


Union Beer Distributors
46 Meadowlands Pkwy
Secaucus, NJ 07094

UPS
P.O. BOX 809488
CHICAGO, IL 60680-9488


Visitor World, Inc.


VOS Selections
555 8th Avenue
Suite 1209
New York, NY 10018


W.B. Mason
56 CENTRE ST
BROCKTON, MA 02301


Walker Malloy Co. Inc.
157 Columbus Avenue, 2E
New York, NY 10023


Wells Fargo
PO Box 858178
Minneapolis, MN 55485-8178


Werwaiss & Co., Inc.
2215 43rd Ave
Suite 300
Long Island, NY 11101-5272


West Networks Llc
5200 NW 43rd Street
102-135
Gainesville, FL 32606

Wilderton LLC


Wilfreds Drinks Ltd
Downsview House, 91 Marlborough Road
Lancing Business Park, Lancing, West Sus
BN15 BSU United Kingdom


Wingify Software Private
1104 11th Floor, KLJ Tower North B-5
Netaji Subhash  Place
Pitampura, Delhi 10003
India


Wood Stove Kitchen
26 Horton Road
Mount Vernon, NH 03057


Zahara Flooring Corp - Elizabeth Brooks

## RESOLUTIONS AUTHORIZING FILING OF SUBCHAPTER V, CHAPTER 11 BANKRUPTCY CASE AND RELATED MATTERS

The following Resolutions were unanimously duly enacted by the Board of Directors (the "**Board**") of Boisson Inc., a Delaware corporation (the "**Company**"), and the same shall remain in full force and effect, without modification, unless and until the Board of the Company adopts a further resolution to the contrary:

**RESOLVED**, that the Board of the Company, after having considered the outstanding liabilities and assets of the Company, the Company's inability to meet its debts as they become due, the Company's fiduciary duties to its creditors and alternatives currently available to the Company, have determined that it is advisable and in the interests of the Company and its creditors to file a bankruptcy petition under Subchapter V of Chapter 11 of the United States Bankruptcy Code;

**RESOLVED FURTHER**, that, subject to the Board's review and approval of an initial cash collateral budget, Sheetal Aiyer, the Chief Executive Officer of the Company, or such other person duly appointed by the Board of the Company (the "**Responsible Party**") is hereby authorized to execute and cause to be filed, on April 2, 2024 or such other date determined by the Responsible Party to be in the best interests of the Company, its creditors and other parties in interest, after consultation with the Company's bankruptcy counsel, a bankruptcy petition (and all related documents and papers) under Subchapter V of Chapter 11 of the Bankruptcy Code to enable the Company to commence a Subchapter V, Chapter 11 bankruptcy case;

**RESOLVED FURTHER**, that the Responsible Party is hereby authorized and directed, in the name of the Company, to employ the law firm of Levene, Neale, Bender, Yoo & Golubchik L.L.P. as bankruptcy counsel to the Company for purposes of filing the Subchapter V, Chapter 11 bankruptcy petition and representing the Company in the Subchapter V, Chapter 11 bankruptcy case;

**RESOLVED FURTHER**, that the Responsible Party is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings and to take any and all action which the Responsible Party deems necessary and proper in connection with the bankruptcy case;

**RESOLVED FURTHER**, that the authority granted to the Responsible Party pursuant to the foregoing resolutions to cause the Company to take further actions in connection with the bankruptcy case shall include, but not be limited to, seeking Bankruptcy Court approval for the Company to use cash collateral and executing any agreements related to any of the foregoing; compensating employees; hiring and terminating employees; purchasing products or materials; selling products; entering into or continuing with agreements; collecting accounts receivable; negotiating with creditors, lenders, vendors, suppliers and landlords; assuming, assigning, or rejecting executory contracts and unexpired leases; renegotiating the terms of executory contracts and

unexpired leases; signing new or amended contracts and leases; and commencing and defending litigation involving the Company;

**RESOLVED FURTHER**, that the authority granted to the Responsible Party pursuant to the foregoing resolutions to cause the Company to take further actions in connection with the bankruptcy case shall *not* include seeking Bankruptcy Court approval for the Company to obtain post-bankruptcy financing through debt or equity and executing any agreements related to any of the foregoing; marketing the Company's assets for sale and consummating the sale of all or substantially all of the Company's assets for the most money possible; or formulating, filing and seeking to confirm a plan of reorganization, all of which will require further approval from the Board; and

**RESOLVED FURTHER**, that all prior acts and deeds of the Responsible Party or the other officers of the Company acting in their capacity as an authorized representative of the Company, as the case may be, taken to carry out the intent and accomplish the purposes of the foregoing resolutions, are hereby approved, adopted, ratified and confirmed in all respects as the respective acts and deeds of the Company.

Dated: April 2, 2024

Sheetal Aiyer,
Member of the Board of Directors and
Chief Executive Officer


Nick Bodkins,
Member of the Board of Directors


Brandon Yahn,
Member of the Board of Directors


Gautam Ahuja,
Member of the Board of Directors

unexpired leases; signing new or amended contracts and leases; and commencing and defending litigation involving the Company;

**RESOLVED FURTHER,** that the authority granted to the Responsible Party pursuant to the foregoing resolutions to cause the Company to take further actions in connection with the bankruptcy case shall *not* include seeking Bankruptcy Court approval for the Company to obtain post-bankruptcy financing through debt or equity and executing any agreements related to any of the foregoing; marketing the Company's assets for sale and consummating the sale of all or substantially all of the Company's assets for the most money possible; or formulating, filing and seeking to confirm a plan of reorganization, all of which will require further approval from the Board; and

**RESOLVED FURTHER,** that all prior acts and deeds of the Responsible Party or the other officers of the Company acting in their capacity as an authorized representative of the Company, as the case may be, taken to carry out the intent and accomplish the purposes of the foregoing resolutions, are hereby approved, adopted, ratified and confirmed in all respects as the respective acts and deeds of the Company.

Dated: April 2, 2024

Sheetal Aiyer,
**Member of the Board of Directors and
Chief Executive Officer**

Nick Bodkins,
**Member of the Board of Directors**

Brandon Yahr,
**Member of the Board of Directors**

Gautam Ahuja,
**Member of the Board of Directors**