RON BENDER (SBN 143364)
TODD M. ARNOLD (SBN 221868)
YIHAN SHE (SBN 348334)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYG.COM; TMA@LNBYG.COM; YAS@LNBYG.COM

Proposed Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

**MAY 03 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY ghaltchi    DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re:

BOISSON INC.,

        Debtor and Debtor in Possession.

Case No.: 2:24-bk-12614-NB

Chapter 11 Case
Subchapter V

**ORDER GRANTING DEBTOR'S MOTION TO REJECT UNEXPIRED REAL PROPERTY LEASES**

Hearing
  Date:     April 30, 2024
  Time:    2:00 p.m.
  Location: Courtroom 1545
             255 East Temple Street
             Los Angeles, California 90012
             **[In Person or via ZoomGov]**

1

1  A hearing was held at the above-referenced date, time, and location for the Court to
2  consider the *Motion To Reject Unexpired Real Property Leases* (the "Motion") [Dkt. 19] filed
3  by Boisson Inc., the Chapter 11 debtor and debtor in possession herein (the "Debtor").

4  Appearances at the hearing on the Motion were made as set forth on the record of the
5  Court.

6  Upon consideration of the Notice of the Motion, the Motion and all of the pleadings filed
7  by the Debtor in support of the Motion, the statements, arguments and representations of the
8  parties made at the hearing on the Motion, and the absence of any opposition to the Motion, and
9  for the reasons stated on the record pursuant to Rule 52(a)(1) (Fed. R. Civ. P., incorporated by
10 Rules 7052 and 9014(c), Fed. R. Bankr. P.), and good cause appearing,

11 **IT IS HEREBY ORDERED AS FOLLOWS:**

12  (1)  The Motion is granted in its entirety.

13  (2)  The Debtor is authorized to reject the leases listed below, with each such
14 rejection deemed to be effective as of the later of (a) the petition date of April 4, 2024 and (b)
15 the date of the return of possession of the premises listed below to a subject landlord listed
16 below:

|   | **LANDLORD** | **LEASED PREMISES** |
|---|---|---|
| 1 | 11770 SVB, LLC | 11762 San Vicente Boulevard, Los Angeles, CA 90049 |
| 2 | 326 Columbus LLC | 322-326 Columbus Avenue New York, NY 10023 |
| 3 | Andrzej Jurczykowski and Bozena Jurczykowski | 148 Bedford Ave. Brooklyn, NY 11249 |
| 4 | BLDG Christopher LLC | 95 Christopher Street New York, New York 10014<br><br>330 Bleecker Street, Suite B New York, NY 10014 |
| 5 | John A Werwaiss and Estate of Deborah Black c/o Werwais &Co | 1025 Lexington Ave. New York, NY 10021 |
| 6 | Judy Gurnbiner Cramin Trust under the J&P Gumbiner Family Trust c/o illi Commercial Real Estate | 12330 Ventura Blvd. Studio City, CA 91604 |
| 7 | LA Metro 3, LP | 1421-1423 East 15th Street Los Angeles, CA 90021 |

| | LANDLORD | LEASED PREMISES |
|---|---|---|
| 8 | Merrick Park LLC | 358 San Lorenzo Ave.,#2430 Coral Gables, FL 33146 |

(3) Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, applicable herein pursuant to Rules 7054, 9001(7) and 9014(c) of the Federal Rules of Bankruptcy Procedure, this order shall be considered a separate final order as to each landlord and lease referenced in the chart above, such that an appeal of this order by one of the landlords in the chart above shall not effectuate an appeal of this order by any of the other landlords in the chart above or affect the finality of this order as to any non-appealing landlord listed in the chart above.

**IT IS SO ORDERED.**

###

Date: May 3, 2024

Neil W. Bason
United States Bankruptcy Judge