RON BENDER (SBN 143364)
TODD M. ARNOLD (SBN 221868)
YIHAN SHE (SBN 348334)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYG.COM; TMA@LNBYG.COM; YAS@LNBYG.COM

Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

**MAY 16 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY ghaltchi   DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>BOISSON INC.,<br><br>            Debtor and Debtor in Possession. | Case No.: 2:24-bk-12614-NB<br><br>Chapter 11 Case<br>Subchapter V<br><br>**ORDER GRANTING DEBTOR'S MOTION FOR AN ORDER AUTHORIZING THE DEBTOR TO (1) REJECT UNEXPIRED REAL PROPERTY LEASE FOR PREMISES LOCATED AT 50 GOLD STREET AND 254 PLYMOUTH STREET, BROOKLYN, NY 11201 AND (2) ABANDON PERSONAL PROPERTY AT THE PREMISES PURSUANT TO 11 U.S.C. § 554**<br><br>Hearing<br>  Date:      May 14, 2024<br>  Time:     2:00 p.m.<br>  Location: Courtroom 1545<br>                255 East Temple Street<br>                Los Angeles, California 90012<br>                **[In Person or Via ZoomGov]** |

A hearing was held at the above-referenced date, time, and location for the Court to consider the motion (the "Motion") [Dkt. 43] of Boisson Inc., the Chapter 11 debtor and debtor in possession herein (the "Debtor"), for the entry of an order authorizing the Debtor to (1) reject the unexpired lease of real property (the "Lease") with Constellation Real Estate Corp. (the "Landlord") for the premises located at 50 Gold Street and 254 Plymouth Street Brooklyn, NY 11201 (the "Premises"), effective as of the later of (a) April 30, 2024 and (b) the date of the return of possession of the Premises to the Landlord and (2) abandon all personal property remaining at the Premises (the "Remaining Personal Property").

Appearances at the hearings on the Motion were made as set forth on the record of the Court.

Upon consideration of the Motion and all of the pleadings filed by the Debtor in support of the Motion, the Landlord's limited opposition to the Motion [Dkt. 59], the Debtor's reply thereto [Dkt. 69], and the statements, arguments and representations of the parties made at the hearing on the Motion, and for good cause appearing,

**IT IS HEREBY ORDERED AS FOLLOWS:**

(1) The Motion is granted as set forth herein.

(2) The Debtor is authorized to reject, and shall be deemed to have rejected, the Lease, effective as of the later of (a) April 30, 2024 and (b) the date of the return of possession of the Premises to the Landlord (the effective date being the "Rejection Date"), and it is acknowledged that, as of May 14, 2024, the Debtor had not yet returned possession of the Premises to the Landlord.

(3) The Debtor is authorized to abandon, and shall be deemed to have abandoned, the Remaining Personal Property located at the Premises on and after the Rejection Date, with such Remaining Personal Property deemed to have been abandoned free and clear of all liens, claims, encumbrances, interests, and rights of any third parties, provided that the Landlord shall consult with the Subchapter V Trustee appointed herein regarding the disposition of the Remaining Personal Property in accordance with applicable nonbankruptcy law.

/ / /

/ / /

/ / /

(4)    The automatic stay under 11 U.S.C. § 362(a) is hereby lifted and modified to the extent necessary to allow the Landlord to dispose of the Remaining Personal Property in a commercially reasonable manner, but not requiring the Landlord to realize any value from the Remaining Personal Property.

###

Date: May 16, 2024

Neil W. Bason
United States Bankruptcy Judge