1  ROBINS KAPLAN, LLP
   James P. Menton, Jr. (State Bar No. 159032)
2  jmenton@robinskaplan.com
   2121 Avenue of the Stars, Suite 2800
3  Los Angeles, CA  90067
   Telephone: (310) 552-0130
4  Facsimile: (310) 229-5800

5  ROSENBERG & ESTIS, P.C.
   John D. Giampolo (*Admitted Pro Hac Vice*)
6  jgiampolo@rosenbergestis.com
   733 Third Avenue
7  New York, New York 10017
   Telephone: 212-551-1273
8  Facsimile: 212-551-8484

9  Attorneys for Constellation Real Estate Corp.

10        **UNITED STATES BANKRUPTCY COURT**

11        **CENTRAL DISTRICT OF CALIFORNIA**

12            **LOS ANGELES DIVISION**

13  In re                                    Case No. 2:24-bk-12614-NB

14  BOISSON INC,                             Chapter 11 Case
                                             Subchapter V
15        Debtor and Debtor in Possession
                                             **CONSTELLATION REAL ESTATE**
16                                           **CORP.'S REQUEST FOR ALLOWANCE**
                                             **AND PAYMENT OF CHAPTER 11**
17                                           **ADMINISTRATIVE EXPENSES**

18

19                                           Date:      No Hearing Date Set
                                             Time:      TBD
20                                           Place:     Courtroom: 1545
                                                        255 East Temple Street
21                                                       Los Angeles, CA 90012
                                                        **[In Person or Via ZoomGov Per**
22                                                       **Posted Procedures]**

23

24        Constellation Real Estate Corp. ("Landlord"), as former Landlord under that nonresidential

25  lease (the "Lease") for the premises located at 50 Gold Street and 254 Plymouth Street Brooklyn,

26  New York 11201(the "Premises") with the above-captioned debtor and debtor in possession (the

27  "Debtor") which was rejected by Order of this Court [Dkt. No. 87], and as holder of a Class 4

28

1  allowed nonpriority general unsecured in the amount of $559,918.77 as well as an Administrative

2  Claim, pursuant to Stipulation and Order of this Court [Dkt. Nos. 116, 119], respectfully submits

3  this request for allowance and payment of an Administrative Claim[1] in the amount of $146,515.54

4  (the "**Administrative Request**"), for post-petition rent or use and occupancy of the Premises by

5  Boisson, Inc. ("**Debtor**"), which is comprised of (i) $94,482.00 for the post-petition period through

6  the May 31, 2024 Surrender Date as allowed under the Stipulation and Order of this Court [Dkt.

7  Nos. 116, 119], and (ii) $52,033.54 for the post-petition period from June 1, 2024 through July 2,

8  2024, and respectfully states as follows.

9  Landlord was allowed an Administrative Claim in the amount of no less than $94,482.00,

10  pursuant to the Stipulation and Order [Dkt. Nos. 116, 119], for the post-petition period through the

11  May 31, 2024 Surrender Date.  Landlord asserts it is entitled to an Administrative Claim for the

12  value of rent or use and occupancy during the post-petition days after the May 31, 2024 Surrender

13  Date (June 1, 2024 through July 2, 2024) during which Debtor's Subject Personal Property

14  remained on the Premises, which equals $52,033.54, which is comprised of $48,880.00 monthly

15  rent under the Lease[2] pro-rated for the month of June 2024 and two days in July 2024.  See an email

16  from the Debtor attached hereto as **Exhibit A** documenting that, as of July 1, 2024, Debtor had not

17  yet picked up its Subject Personal Property from Landlord's Premises or performed clean up.

18  Landlord submits this Administrative Request pursuant to the *Notice of Deadline to File*

19  *Requests for Payment of Administrative Expense Priority Claims* [Dkt. No. 152] ("**Notice**").

20  Pursuant to the Notice, the last day to file an administrative claim is August 14, 2024.

21  As above, Landlord asserts that the Debtor has occupied and/or used Landlord's Premises

22  during the post-petition period through July 2, 2024 thereby justifying and supporting payment on

23  this Administrative Request.

24

25

---

26  [1] Capitalized terms used but not otherwise defined herein have the same meaning ascribed in (i) the *Debtor's Second Amended Chapter 11, Subchapter V, Plan of Reorganization, Dated July 17, 2024* [Dkt. No. 148] ("Plan") without conceding any legal conclusions or disputed facts therein, and (ii) the Stipulation and Order of this Court [Dkt. Nos. 116, 119].

27

28  [2] See Proof of Claim No. 47.

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

1    **WHEREFORE,** Landlord respectfully requests allowance and payment of its

2    Administrative Claim in an amount of not less than $146,515.54, and reserves its right to

3    supplement this Administrative Request.

4

5    Dated: August 14, 2024                    ROBINS KAPLAN LLP

6                                              By____*/s/ James P. Menton, Jr.*_____

7                                                  James P. Menton, Jr.

8    Dated: August 14, 2024                    ROSENBERG & ESTIS, P.C.

9

10                                             By____*/s/ John D. Giampolo*_____

11                                                 John D. Giampolo *(Admitted Pro Hac Vice)*

12                                             *Attorneys for Constellation Real Estate Corp.*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

# EXHIBIT A

**Giampolo, John**

| | |
|---|---|
| **From:** | Peter Wylie <peter@boisson.nyc> |
| **Sent:** | Monday, July 1, 2024 9:44 PM |
| **To:** | Todd M. Arnold |
| **Cc:** | Paul Tocci; Giampolo, John; Menton, James P.; Ron Bender; Nick Bodkins |
| **Subject:** | Re: [EXTERNAL] Retrieval of final items from 50 Gold Street |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

James and Paul,

I am making all best efforts here to arrange pick up on less than 24 hours notice - I will have a representative from the company there at 12pm to meet you tomorrow and I have a shipping provider who has accepted the job.

If there are any issues, I will let you know.

Paul - as I mentioned when we spoke, I want to make the condition of the space acceptable to you, but you estimated it would take 3 days to perform the needed cleaning.

I would propose 1 of two options, your choice:
A. that you select a vendor acceptable to you and have them do the cleaning at your convenience and send me the bills for it to be paid promptly by the post-bankruptcy operation.
B. you allow a cleaning service that I book access to the property at some point next week convenient to you and when I can arrange it.

We do appreciate your constructive approach throughout.

Pete

On Mon, Jul 1, 2024 at 5:53 PM Todd M. Arnold <TMA@lnbyg.com> wrote:

We crossed emails.  Thanks Paul!

**Peter and Nick – Please coordinate pick-up ASAP!**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**2121 Avenue of the Stars, Suite 2800, Los Angeles, CA 90067**.

A true and correct copy of the foregoing document entitled (*specify*): **CONSTELLATION REAL ESTATE CORP.'S REQUEST FOR ALLOWANCE AND PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 14, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Todd M Arnold tma@lnbyg.com**
- **Ron Bender rb@lnbyg.com**
- **Shawn M. Christianson cmcintire@buchalter.com; schristianson@buchalter.com**
- **Caroline Renee Djang (TR) cdjang@buchalter.com, 190@ecfcbis.com; docket@buchalter.com; lverstegen@buchalter.com**
- **Matthew S Henderson matthew.henderson@piblaw.com, rhonda.viers@piblaw.com**
- **Dare Law dare.law@usdoj.gov**
- **Kristen N Pate bk@bpretail.com**
- **Amitkumar Sharma amit.sharma@aisinfo.com**
- **United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/14/2024 | Elena Zyalyukova | /s/Elena Zyalyukova |
|-----------|------------------|---------------------|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**