RON BENDER (SBN 143364)
TODD M. ARNOLD (SBN 221868)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYG.COM; TMA@LNBYG.COM

Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

**AUG 21 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi   DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re:

BOISSON INC.,

        Debtor and Debtor in Possession.

Case No.: 2:24-bk-12614-NB

Chapter 11 Case
Subchapter V

**ORDER APPROVING STIPULATION RESOLVING CONSTELLATION REAL ESTATE CORP.'S (1) OBJECTION TO DEBTOR'S SECOND AMENDED CHAPTER 11, SUBCHAPTER V, PLAN OF REORGANIZATION AND (2) REQUEST FOR ALLOWANCE AND PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSES**

[No Hearing Required on Stipulation]

Hearing on Underlying Plan Confirmation
  Date:      August 27, 2024
  Time:      2:00 p.m.
  Location:  Courtroom 1545
           255 East Temple Street
           Los Angeles, California 90012
           **[In Person or Via ZoomGov]**

1

Upon consideration of the *Stipulation Resolving Constellation Real Estate Corp.'s (1) Objection To Debtor's Second Amended Chapter 11, Subchapter V, Plan Of Reorganization And (2) Request For Allowance And Payment Of Chapter 11 Administrative Expenses* (the "Stipulation") [Dkt. 174], and this Court having determined that no additional notice is required (beyond the service reflected on the proof of service attached to the Stipulation) pursuant to Rules 2002(a)(3) and 6006(c) (Fed. R. Bankr. P.), and good cause appearing, **IT IS HEREBY ORDERED** that the Stipulation is **APPROVED**.

###

Date: August 21, 2024

Neil W. Bason
United States Bankruptcy Judge